IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JAMIE LEE MONGER,<br>Plaintiff, | Civil Action No. 7:05cv00473 |
| v. | **FINAL ORDER** |
| ROANOKE CITY JAIL,<br>Defendant. | By: Jackson L. Kiser<br>Senior U.S. District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915A(b)(1). This case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this order and accompanying memorandum opinion to the plaintiff.

ENTER: This 28th day of July, 2005.

/s/ Jackson L. Kiser
Senior United States District Judge